# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-3499
_____

CAROLYN MCCORMICK,

Appellant,

v.

JANIS E. BROWN and TERENCE
M. BROWN,

Appellees.

_____


On appeal from the Circuit Court for Alachua County.
Susanne Wilson Bullard, Judge.

September 24, 2021


PER CURIAM.

AFFIRMED.

JAY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Carolyn McCormick, pro se, Appellant.

Cindy L. Lasky of The Lasky Law Firm, Jacksonville, for Appellee Janis E. Brown.